**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR04-118-01T **DATE:** June 24, 2005
**TITLE OF CASE:** USA v. Freddie Rodriguez

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Mary E. Rogers, AUSA

Defendant: Edward J. McEnaney, III, Esquire

Probation: Kathy Conlon

---

**PROCEEDINGS:** **Sentencing**

June 24, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses Defense Motion to Continue. Counsel argue Motion. Court grants Motion to Continue and reschedules Sentencing for Thursday, July 14, 2005 at 2:00 p.m.

Recess