UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 23 2005

UNITED STATES OF AMERICA :
:
v. : C.R.NO.: 04-00118-01
:
FREDDIE RODRIGUEZ :

**MOTION FOR CONTINUANCE**

Now comes the Defendant, FREDDIE RODRIGUEZ, by and through counsel, and respectfully requests a continuance of his sentencing scheduled for June 24, 2005. The Defendant is now eligible for the Safety Valve because of a conviction in District Court was recently vacated by Justice Higgins. However, the government did not have sufficient time to schedule Safety Valve meeting. The Defendant respectfully request a continuance of his sentencing to allow for a scheduled meeting with the Government regarding the Safety Valve.

WHEREFORE, the Defendant prays that his Motion to Continue the Date of Sentencing be granted.

Respectfully Submitted,

GRANTED
Ernest C. Torres
Chief, US District Judge
6/27/05

Edward J. McEnaney, Esq. #3275
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-3900 [fax]

**CERTIFICATION**

I hereby certify that a copy of this motion was hand delivered to Assistant United States Attorney, Mary Rogers 50 Fleet Center 8th Floor Providence, RI 02903 and the to United States District Court, Office of the Clerk, District of Rhode Island, One Exchange Terrace Providence, RI 02903 on this 13rd day of June, 2005.

Joseph Houde Sr.